RECEIVED
IN MONROE, LA
JUL 2 0 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| ROSALIND MARIE HUMPHREY | * | CIVIL ACTION NO. 06-747 |
| VERSUS | * | JUDGE JAMES |
| RICO STOKES, ET AL. | * | MAGISTRATE JUDGE HAYES |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Petitioner's complaint (Doc. #1) be **DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction.**

THUS DONE AND SIGNED this 20 day of July, 2006, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

1